# Court of Appeals
# of the State of Georgia

ATLANTA, August 02, 2017

*The Court of Appeals hereby passes the following order:*

**A18D0006.  TOMMY RICARDO BOWENS v. THE STATE.**

Tommy Ricardo Bowens pled guilty to possession of cocaine with intent to distribute and obstruction in November of 2016.  Approximately two months later, Bowens filed a "Motion for an Out of Time Appeal." The trial court denied the motion, and Bowens filed this timely application for discretionary appeal.

The denial of a motion for an out-of-time appeal is directly appealable. *Lunsford v. State*, 237 Ga. App. 696, 696 (515 SE2d 198) (1999); see also *Wetherington v. State*, 296 Ga. 451 (769 SE2d 53) (2015) (addressing merits of direct appeal from denial of motion for out-of-time appeal following guilty plea). Accordingly, this application for discretionary appeal is hereby GRANTED pursuant to OCGA § 5-6-35 (j). Bowens shall have ten days from the date of this order to file his notice of appeal in the trial court. OCGA § 5-6-35 (g). The clerk of the trial court is directed to include a copy of this order in the record transmitted to the Court of Appeals.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 08/02/2017
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.